# UNITED STATES DISTRICT COURT
for the

Southern District of New York 

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-08368 |
| Scott Lindell | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 09/30/2022

*David H. Tutor*
*Attorney's signature*

David H. Tutor DT 6096
*Printed name and bar number*

U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
*Address*

tutord@sec.gov
*E-mail address*

(212) 336-0024
*Telephone number*

*FAX number*