# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| Securities and Exchange Commission, *Plaintiff* ) ) ) | |
| v. ) | Case No. 22-cv-08368 |
| Scott Lindell, *Defendant* ) ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission.

Date: 10/05/2022

s/ Preethi Krishnamurthy
*Attorney's signature*

Preethi Krishnamurthy
*Printed name and bar number*
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
*Address*

krishnamurthyp@sec.gov
*E-mail address*

(212) 336-0116
*Telephone number*

(212) 336-1319
*FAX number*