UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

SCOTT LINDELL,

    Defendant.

22 Civ. 8368 (PKC)

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing David H. Tutor as counsel of record in this action for Plaintiff. Mr. Tutor is leaving the SEC's employ. The SEC continues to be represented by the other counsel of record in this matter.

Dated:    New York, New York
             January 10, 2023

                                      Respectfully submitted,

                                      /s/ David H. Tutor
                                      Preethi Krishnamurthy
                                      Andrew Dean
                                      Joshua Brodsky
                                      David H. Tutor
                                      Attorneys for Plaintiff
                                      SECURITIES AND EXCHANGE COMMISSION
                                      New York Regional Office
                                      100 Pearl Street, Suite 20-100

<u>Of Counsel</u>                           New York, New York 10004
Osman Nawaz                     (212) 336-0024 (Tutor)
                                      Email: TutorD@sec.gov