UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> -against-<br><br>SCOTT LINDELL,<br><br>    Defendant. | 22 Civ. 8368 (PKC) |

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, David H. Tutor is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that his representation of Plaintiff is terminated.

SO ORDERED.

Dated:  January 10, 2023

                 The Honorable P. Kevin Castel, U.S.D.J.