# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-08368 |
| Scott Lindell ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 01/25/2023

Zachary Sturges
*Attorney's signature*

Zachary Sturges ZS 1975
*Printed name and bar number*

U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, New York 10004
*Address*

sturgesz@sec.gov
*E-mail address*

(212) 336-0404
*Telephone number*

*FAX number*