UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- v -

SCOTT LINDELL,

Defendant.

---

1:22-cv-08368 (PKC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorney, DEEPA DEVANATHAN, with Petrillo Klein & Boxer LLP, hereby appears as counsel for SCOTT LINDELL, Defendant in the above-captioned action, and requests that all papers be served upon the office of the undersigned and that all electronically filed documents be transmitted electronically to the e-mail address below.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of SCOTT LINDELL are expressly reserved.

Dated: January 30, 2023
New York, New York

s/ Deepa Devanathan
---
PETRILLO KLEIN & BOXER LLP
Deepa Devanathan
655 Third Ave, 22nd Floor
New York, NY 10017
Tel. No. (646) 560-5987
ddevanathan@pkbllp.com