# UNITED STATES DISTRICT COURT
for the

Southern District of New York 

| | |
|---|---|
| Securities and Exchange Commission | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   22-cv-08368 |
| Scott Lindell | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission                                                                          .

Date:     01/25/2023

s/Ariana Torchin
*Attorney's signature*

Ariana Torchin 4497178
*Printed name and bar number*
Securities and Exchange Commission
San Franscisco Regional Office
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

*Address*

torchina@sec.gov
*E-mail address*

(415) 705-2473
*Telephone number*


*FAX number*
