

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

> Initial conference is adjourned from January 19, 2024 to March 22, 2024 at 11:30 a.m.
> SO ORDERED.
> Dated: 1/18/2024
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

January 17, 2024

**FILED BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>SEC v. Scott Lindell, No. 22 Civ. 8368 (PKC) [rel No. 22 Civ. 1346 (PKC)]</u>

Dear Judge Castel:

      Plaintiff Securities and Exchange Commission ("SEC") and Defendant Scott Lindell ("Lindell") respectfully write to jointly request the adjournment of the Initial Pretrial Conference scheduled for January 19, 2024, (D.E. 28), given the parties' settlement in principle.

      The parties have reached a settlement in principle this afternoon, that, if authorized by the five-member Commission and approved by the Court, would resolve all of the SEC's outstanding claims against Lindell, the sole defendant in this action. SEC counsel intends to submit the settlement to the Commission for review in a process that typically takes six to eight weeks. The SEC and Lindell respectfully propose that they submit a status report to the Court on March 13, 2024, approximately eight weeks from today, unless the parties submit a proposed final consent judgment to the Court by that date.

      The parties have jointly sought four previous adjournments of the Initial Pretrial Conference date in order to continue their settlement negotiations. (D.E. 27.) The Court has granted each of those prior requests. (D.E. 28.)

      For these reasons, the parties respectfully request that the Court adjourn the Initial Pretrial Conference.

                                        Respectfully submitted,

                                        /s/ Zachary Sturges
                                        Zachary Sturges
                                        Senior Counsel

cc:    Counsel for Lindell (by email and ECF)