

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

March 13, 2024

*Handwritten note: March 22 conference is VACATED. Status update or final consent by April 8. SO ORDERED /s/ [Castel] USDJ 3-21-24*

**By ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   SEC v. Scott Lindell, No. 22 Civ. 8368 (PKC) [rel No. 22 Civ. 1346 (PKC)]

Dear Judge Castel:

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Scott Lindell ("Lindell") respectfully submit this joint status report in response to the Court's Order of January 19, 2024, (D.E. 30), and jointly request the adjournment of the initial pretrial conference scheduled for March 22, 2024.

Counsel for the SEC and for Lindell are currently negotiating certain language in a proposed consent judgment, following counsel's agreement in principle to settle this case. Assuming the parties reach agreement on that language, SEC counsel must seek the five-member Commission's review of and authorization for the proposed settlement in a process that typically takes six to eight weeks. The parties therefore respectfully request that the Court adjourn the initial pretrial conference scheduled for March 22 (D.E. 30) and propose that they submit a status report by April 8, 2024, if they have not submitted a proposed final consent judgment to the Court by that date.

The parties have jointly sought five previous adjournments of the initial pretrial conference date for purposes of their settlement negotiations (D.E. 29). The Court has granted each of these prior requests. (D.E. 30.)

For these reasons, the parties respectfully request that the Court adjourn the initial pretrial conference.

Respectfully submitted,

/s/ Preethi Krishnamurthy

Preethi Krishnamurthy
Regional Trial Counsel

cc:   Counsel for Lindell (by email and ECF)